UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PETER S. JASION, )<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>KENNETH R. LAY; REGINALD S. HINTON; )<br>E. NORRIS TOLSON; NANCY R. YOKELY; )<br>A.C. HALE; UNKNOWN OFFICERS, AGENTS )<br>AND/OR EMPLOYEES OF THE NORTH )<br>CAROLINA DEPARTMENT OF REVENUE, )<br>      Defendants. | **JUDGMENT**<br><br>No. 5:10-CV-142-BR |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion to dismiss is GRANTED and this action is hereby DISMISSED.

**This judgment filed and entered on October 7, 2010, and served on:**

Peter S. Jasion (via U.S. Mail)
G. Patrick Murphy (via CM/ECF Notice of Electronic Filing)

October 7, 2010                      /s/ Dennis P. Iavarone
                                                  Clerk of Court